UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

15-CV-24392-Ungaro/Otazo-Reyes

Anthony Brian Mallgren
    (Plaintiff)
- versus -
United States of America
New York State
New York City
State of Florida
Carrfour Supportive Housing
    (Respondents)



FILED by _____ D.C.
NOV 3 0 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. — MIAMI

## EMERGENCY PETITION

Plaintiff, Anthony Brian Mallgren, requests court facilitated trial in the matter stylized above.

### PARTIES

| | |
|---|---|
| Plaintiff: | Anthony Brian Mallgren<br>8520 Harding Avenue<br>B105A<br>Miami Beach, FL 33141 |
| Respondent 1: | United States of America |
| Respondent 2: | New York State<br>Governor of New York State<br>NYS State Capitol Building<br>Albany, NY 12224 |
| Respondent 3: | New York City<br>City Hall<br>New York, NY 10007 |
| Respondent 4: | State of Florida<br>Office of Governor Rick Scott<br>The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399-0001 |
| Respondent 5: | Carrfour Supportive Housing<br>1398 SW 1st St #1201<br>Miami, FL 33135 |

### JURISDICTION

Jurisdiction is established by means of Federal Question, 28 USC § 1331, questioning the constitutionality of misconduct in regards to the ability of the power of the United States of America to lay and collect taxes.

## BACKGROUND INFORMATION

Upon information and belief,

on or after September 26th, 2015,

1. Anthony Brian Mallgren, Plaintiff, submitted a request for an emergency hearing regarding food assistance, to be performed to reexamine the amount of benefits being provided through the Supplementary Nutritional Assistance Program.
2. Anthony Brian Mallgren, Plaintiff, is a resident at Harding Village, a property operated by Carrfour Supportive Housing, Respondent.
3. Anthony Brian Mallgren, Plaintiff, inquired about alternative methods of food assistance through a case manager at Harding Village.
4. Anthony Brian Mallgren, Plaintiff, inquired about services provided by Jewish Community Services of South Florida, regarding a Kosher Food Bank.
5. Thus far, Anthony Brian Mallgren, Plaintiff, is still in question of a reliable source of food.

6. Anthony Brian Mallgren, Plaintiff, inquired about emergency food assistance within New York, although the employees seemed unsure of the legalities since a case was already open in the State of Florida.
7. Anthony Brian Mallgren, Plaintiff, called emergency medical services while in New York when unsure of how to secure food.
8. Anthony Brian Mallgren, Plaintiff, was held involuntarily in a behavior unit of a New York City Public Hospital, for a duration inclusive of the hearing scheduled by employees of the State of Florida.
9. Anthony Brian Mallgren, Plaintiff, made a request for another hearing to be scheduled, which was seemingly tacitly denied.

10. It was previously made known to Anthony Brian Mallgren, Plaintiff, that each resident of Harding Village is allotted at least one meal per day.
11. It was previously made known to Anthony Brian Mallgren, Plaintiff, that allotted meals would be available up until 4:30 pm on Monday through Friday and up until 4:00 pm on Saturday and Sunday.

12. On November 27th, 2015, Anthony Brian Mallgren, Plaintiff, attempted to retrieve an allotted meal at approximately 4:15 pm, and found that it had seemingly been handed out as extras to other residents.
13. Anthony Brian Mallgren, Plaintiff, has found the single meal per day provided by Harding Village and the $16 a month of Supplemental Nutritional Assistance Program benefits to be insufficient in regards to proper nourishment.
14. Anthony Brian Mallgren, Plaintiff, was provided with a diagnosis of medium-chain

       coenzyme-a dehydrogenase deficiency at Sacred Heart Hospital in Spokane, WA, a metabolic concern which risks include coma and death.

15. Anthony Brian Mallgren, Plaintiff, filed articles of organization with the State of Florida for an organization by the name of Focal Fuse LLC on August 10th, 2015.

## RELIEF

16. An order increasing food assistance benefits for Anthony Brian Mallgren, Plaintiff, to a reasonable amount to maintain proper sustenance.

I declare the foregoing under penalty of perjury.

*[signature]*

| | |
|---|---|
| Anthony Brian Mallgren<br>8520 Harding Avenue<br>B105A<br>Miami Beach, FL 33141<br>+1-646-494-4051<br>laudedfavor@gmail.com | Sunday, November 29, 2015 |

1